UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 MAR 28 AM 9:39
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Magistrate Case No. 08 MJ 0951 |
| Plaintiff, ) | |
| ) | COMPLAINT FOR VIOLATION OF |
| v. ) | |
| ) | Title 8, U.S.C., Section 1326 |
| Maria Manuela FLORES-Sepulveda ) | Attempted Entry After |
| ) | Deportation |
| Defendant. ) | |

The undersigned complainant being duly sworn states:

On or about **March 26, 2008**, within the Southern District of California, defendant **Maria Manuela FLORES-Sepulveda**, an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, attempted to enter the United States with the purpose; i.e. conscious desire, to enter the United States at the **San Ysidro, California, Port of Entry**, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
Sara Esparagoza, United States Customs
and Border Protection Enforcement Officer

Sworn to before me and subscribed in my presence this 28TH day of **March, 2008.**

_____
UNITED STATES MAGISTRATE JUDGE

**PROBABLE CAUSE STATEMENT**

On March 26, 2008 at approximately 10:30 PM., **Maria Manuela FLORES-Sepulveda (Defendant)** attempted to enter the United States after deportation via the vehicle primary lanes as the San Ysidro Port of Entry. Defendant was one of seven undocumented aliens found concealed under a black cloth in the rear cabin area of a 1990 Mazda MPV driven by Hector Manuel Troncoso-Gonzalez. A United States Customs and Border Protection Officer discovered the aliens while conducting a cursory inspection of the vehicle. The vehicle and its occupants were escorted to secondary for further inspection.

In secondary, Defendant was queried by 10-digit fingerprint and photograph comparison through the Automated Biometric Identification System (IDENT) and the Integrated Automated Fingerprint Identification System (IAFIS). IDENT/IAFIS returned a match to the query, identifying Defendant as a deported alien and citizen of Mexico. Defendant was also linked to FBI and Immigration Service records.

Immigration Service records checks including the Deportable Alien Control System (DACS) identified Defendant as a deported alien. DACS information indicated that Defendant was ordered deported by an Immigration Judge on or about October 19, 2004. Immigration Service records contain no evidence that Defendant has applied for or received permission from the Attorney General of the United States, or the Secretary of the Department of Homeland Security to legally re-enter the United States.

Defendant was advised of her Miranda rights, acknowledged her rights and agreed to answer questions without benefit of counsel. Defendant admitted she is a citizen of Mexico by birth in Michoacán, Mexico. Defendant admitted she has been previously deported and has not applied for or received permission legally re-enter the United States. Defendant admitted she made arrangement and agreed to pay a fee of $2,500.00 USD to be smuggled into the United States. Defendant admitted she was attempting illegal entry into the United States to live and seek employment.

_____
SIGNATURE OF COMPLAINANT
Sara Esparagoza, United States Customs
and Border Protection Enforcement Officer

_____
UNITED STATES MAGISTRATE JUDGE
3/28/08, 0930 hrs